IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:05-CV-48-F(3)

FILED
NOV 3 2005
ED L. BORCH III, CLERK
DISTRICT COURT, EDNC
DEP. CLK

STEPHEN NORMAN OSTROV and MARA ANN OSTROV,

   Plaintiffs,

V.

WALTER W. WINNER, II, and CHAD A. WINNER, in personam, and the S.S. Winner Queen, Official Number 546782, her engines, furniture, tackle and apparel, in rem,

   Defendants.

DISCOLSURE OF EXPERT WITNESSES

The Defendants designate the following as expert witnesses:

Walter W. Winner, II

Chad A. Winner, c/o Douglas McIntosh -Andrew Hanley
2541 South College Road, Wilmington, NC 28412

Walter W. Winner, II and Chad A. Winner are the defendants in this matter and have extensive and detailed knowledge of the local waters and conditions. They will testify that based on their experience it was safe to proceed on the day in question and that there was no negligence in the navigation, manning or preparation for this voyage.

Respectfully submitted this the 31st day of October, 2005.

CROSSLEY McINTOSH PRIOR & COLLIER

Douglas F. McIntosh
Andrew Hanley
2451 South College Road
Wilmington NC 28412
Telephone: (910) 762-9711

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served this **DESIGNATION OF EXPERT WITNESSES** in the above-entitled cause upon all other parties to this cause by depositing a copy hereof to each said party, postage pre-paid in the United States Mail, properly addressed to:

Richard S. Hunter, Jr., Esq.
The Law Offices of Richard S. Hunter, Jr.
P.O. Drawer 470
Raleigh NC 27602-0470
*Attorney for Plaintiffs*

Stevenson L. Weeks, Esq.
Wheatly, Wheatly, Nobles, Weeks, Valentine & Luptine, P.A.
P.O. Box 360
Beaufort NC 28516
*Attorney for Plaintiffs*

This the 31st day of October, 2005.

Andrew Hanley