IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:05-CV-48-F(3)

STEPHEN NORMAN OSTROV and MARA ANN OSTROV,

        Plaintiffs,

V.

WALTER W. WINNER, II, and CHAD A. WINNER, <u>in personam</u>, and the S.S. Winner Queen, Official Number 546782, her engines, furniture, tackle and apparel, <u>in rem</u>,

        Defendants.

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS'
RULE 26(a) 3 DISCLOSURES**

A.    The Defendants object to the following witness:

1.    Captain Donald W. Davis, Maritime Services, Inc.,
Basis for objection:   Qualifications, Hearsay, Designation of Donald Davis was after the expert designation cut off for the Plaintiffs and Defendants.

B.    The Defendants object to the following exhibits:

1.    Report of Capt. Donald W. Davis of Maritime, Services, Inc.
Basis for objection:   Hearsay, late designation.

2.    United States Coast Guard report of investigation
Basis for objection:   Hearsay, inadmissible pursuant to public policy and Coast Guard regulation.

Additional objections will be listed on the pretrial order where appropriate.

This the 17th day of April, 2006.

CROSSLEY McINTOSH PRIOR & COLLIER
<u>/s/ Andrew J. Hanley</u>
2451 South College Road
Wilmington NC 28412
Telephone: (910) 762-9711
*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this date served this **DEFENDANTS'
OBJECTIONS TO PLAINTIFFS' RULE 26(a) 3 DISCLOSURES** the above-entitled
cause upon all other parties via electronically by the Clerk of Court as follows:

Richard S. Hunter, Jr., Esq.
The Law Offices of Richard S. Hunter, Jr.
P.O. Drawer 470
Raleigh NC 27602-0470
*Attorney for Plaintiffs*

Stevenson L. Weeks, Esq.
Wheatly, Wheatly, Nobles, Weeks, Valentine & Luptine, P.A.
P.O. Box 360
Beaufort NC 28516
*Attorney for Plaintiffs*

This the 17th day of April, 2006.


/s/ Andrew J. Hanley